| DIST. | OFF. | DOCKET YR. NUMBER | FILING DATE MO. DAY YEAR | J | N/S | O | D | R | DEMAND $ NEAREST $1,000 OTHER | JUDGE/MAG NUMBER | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0425 | 1 | 80  1014 | 02 04 80 | 3 | 330 | 1 | | | 300 | 2510 | P | 80  1014 |

### PLAINTIFFS
HOOPS, ROY EUGENE

### DEFENDANTS
NORFOLK & WESTERN RAILWAY COMPANY, a corporation,

### CAUSE

Federal Employers Liability Act of Congress, Safety Appliance Act of Congress and the Boiler Inspection Act -  Plaintiff alleges personal injuries due to negligence of defendant                                                                   MLS

### ATTORNEYS

Stephen P. Meyer  
MEYER & PERFATER  
1519 Charleston National Plaza  
Charleston            25301

Joseph M. Sanders  
SANDERS & BLUE  
620 Law & Commerce Building  
Bluefield          24701

327-5106

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 02-04-80 | 85871 | 555295 | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev. 1/78)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 02-04-80 | 1 | Complaint & JS44a filed; Sums & 2 cop iss ret 30 days (via Secy. State) | |
| 02-12-80 | 2 | Marshal's Return of Service filed | |
| 02-25-80 | 3 | ANSWER filed | |
| 02-15-80 | 4 | Ptf's Interrogatories filed | |
| 04-28-80 |   | **Deposition of Roy E. Hoops, received** | |
| 07-07-80 | 5 | ORDER, dismissing case with prejudice | 30/26 |